```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

|  |  |  |
|---|---|---|
| LOLA BARIA SILAS, | ) | |
|   Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 14-2315-dkv |
| HYATT PLACE MEMPHIS d/b/a PILLAR HOTELS AND RESORTS, | ) ) ) | |
|   Defendant. | ) | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion for Judgment on the Pleadings entered on December 19, 2014, and the Order Granting in Part and Denying in Part Defendant's Motion to Dismiss entered on September 17, 2014, judgment is hereby entered in favor of defendant, and plaintiff's complaint is hereby dismissed.

APPROVED:

s/ Diane K. Vescovo
DIANE K. VESCOVO
CHIEF UNITED STATES MAGISTRATE JUDGE

December 22, 2014            THOMAS M. GOULD
DATE                         Clerk of Court

                             s/Sandra McClain
                             (By)  Deputy