**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 21, 2015

Mr. Russell W. Jackson
Ogletree Deakins
6410 Poplar Avenue
Suite 300
Memphis, TN 38119

Mr. Carl K. Morrison
Ogletree Deakins
6410 Poplar Avenue
Suite 300
Memphis, TN 38119

Ms. Lola Baria Silas
1654 Beaver Trail Drive
Cordova, TN 38016

  Re: Case No. 14-6538, *Lola Silas v. Hyatt Place Memphis*
   Originating Case No. : 2:14-cv-02315

Dear Counsel and Ms. Silas:

  The Court issued the enclosed (Order/Opinion) today in this case.

  Sincerely yours,

  s/Amy E. Gigliotti
  Case Manager
  Direct Dial No. 513-564-7012

cc:  Mr. Thomas M. Gould

Enclosure

No mandate to issue

Case No. 14-6538

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

LOLA BARIA SILAS

    Plaintiff - Appellant

v.

HYATT PLACE MEMPHIS, d/b/a/ Pillar Hotels and Resorts

    Defendant - Appellee

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The proper fee was not paid by **July 17, 2015**.

It is therefore **ORDERED** that this cause be, and it hereby is, **DISMISSED** for want of prosecution.

    **ENTERED PURSUANT TO RULE 45(a),**
    **RULES OF THE SIXTH CIRCUIT**
    Deborah S. Hunt, Clerk

Issued: July 21, 2015